UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BRIAN CECILIO RODRIGUEZ,<br><br>        Defendant. | No.  CR 17-219 PA<br><br>AMENDED JUDGMENT REVOKING SUPERVISED RELEASE |

On March 22, 2021, Agustin D. Orozco, the attorney for the government appeared, and the defendant, Brian Cecilio Rodriguez, appeared with appointed counsel Carel Ale, DFPD; and defendant admitted to allegations one through six, as charged in the petition filed on March 11, 2021.

THE COURT FINDS that the defendant violated the terms and conditions of the order of supervised release of October 16, 2017, and ORDERS that the order of supervised release is hereby revoked, vacated, and set aside.

IT IS FURTHER ORDERED AND ADJUDGED, upon the findings of the Court, that supervised release is revoked and the defendant is hereby committed to the custody of the Bureau of Prisons for a term of eight months on Count 1.

Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 12 month on Count 1 under the same terms and conditions previously imposed.

Defendant is advised of his right to appeal.

It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons at or before 12 noon, on April 12, 2021.  Pending self surrender, defendant is to be supervised by the Probation Officer under the same terms and conditions as originally imposed.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

DATED:  March 26, 2021

                                                                     Percy Anderson<br>                                   UNITED STATES DISTRICT JUDGE

Kiry K. Gray, Clerk

By:  Kamilla Sali-Suleyman
        Deputy Clerk
cc: USM, BOP, USPO