

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BRIAN CECILIO RODRIGUEZ, Defendant. | Case No. CR 17-219-PA<br>ORDER OF DETENTION<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On May 5, 2021, Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on April 13, 2021. Deputy Federal Public Defender, Carel Ale, was appointed to represent Defendant.

//
//
//

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include defendant's use of methamphetamine and failure to report for treatment and counseling after the Court had revoked his supervised release and delayed his surrender for service of the 8-mpnth sentence imposed.
>
> ☒ Unknown bail resources and unverified background information

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above)
> ☒ history of substance abuse

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: May 5, 2021

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE
